Darrell Thompson, Esq. (SBN 150925)
dtlaw5@gmail.com
Attorneys for Plaintiffs
Norman Johnson, Jr. and Julia Johnson
9350 Wilshire Boulevard, Suite 203
Beverly Hills, California 90212
Telephone (818) 753-2350

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN JOHNSON, JR. an individual; and JULIA JOHNSON, an individual.<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>GOLD FOREVER MUSIC, INC., UNIVERSAL MUSIC GROUP, INC.; and EDWARD J. HOLLAND, JR. et al, an individual.<br><br>　　　　　　　Defendants. | CASE NO.: 2:18-cv-5855 RGK (AGR)<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>**HONORABLE R. GARY KLAUSNER**<br><br>Action Filed: July 3, 2018<br>Pretrial Conference: September 30, 2019<br>Trial Date:  October 15, 2019 |

IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure 41(a)(1) and 41(a)(2) that Defendants Gold Forever Music, Inc., Edward J. Holland, Jr., and Songs of Universal, Inc. and Universal Music Corp. (both erroneously sued as "Universal Music Publishing Group, Inc." or "Universal Music Group, Inc.") are dismissed with prejudice from Plaintiff's Complaint, and that the above-captioned action is hereby dismissed in its entirety with prejudice.  The parties agree this court shall retain jurisdiction in this matter to enforce the terms of their individual settlement agreements.  This dismissal with prejudice pertains to all claims

asserted in the action against all defendants, with each party bearing its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: September 27, 2019

*Gary Klausner*
_____
Hon. R. Gary Klausner
United States District Judge

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE - 2
CASE NO. 2:18-CV-5855-RGK (AGRX)